AO91 (Rev. 12/03)  Criminal Complaint                                            AUSA

# UNITED  STATES  DISTRICT  COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**                    **CRIMINAL COMPLAINT**
**vs.**

Mohammed Masud ALAM                    Case Number:  1:19-po-1202
 A201 720 924  Bangladesh

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief.  On or about    February 21, 2019    in         Cameron         County, in

the                     Southern District Of Texas                     defendant(s)

being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than
designated by an Immigration Officer,

in violation of Title         8         United States Code, Section(s)         1325(a)(1)

I further state that I am a(n)         Border Patrol Agent         and that this complaint is based on the

following facts:

The defendant was apprehended in Brownsville, Texas on February 21, 2019. The defendant is a citizen of Bangladesh who
entered the United States illegally by wading across the Rio Grande River near Brownsville, Texas on February 21, 2019 thus
avoiding immigration inspection.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND
CORRECT.

Continued on the attached sheet and made a part of this complaint:        ☐ Yes        ☒ No

/S/  Cantu, Isaac  Border Patrol Agent
Signature of Complainant

Cantu, Isaac    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

February 23, 2019                                    at    Brownsville, Texas
Date                                                         City/State

Ignacio Torteya III                U.S. Magistrate Judge
Name of Judge            Title of Judge                    Signature of Judge